IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANGEL CASTILLO-BIENVENIDO | : | NO. 03-487-01 |

## <u>ORDER</u>

**AND NOW**, this 30th day of May, 2012, upon consideration of Defendant Angel Castillo-Bienvenido's "Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2)" (Docket No. 650), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.